# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**GENE J. FRISCH,**
      **Plaintiff,**

   v.                                               Case No. 12-C-0247

**KOHN LAW FIRM, S.C.,**
      **Defendant.**

## ORDER

Plaintiff Gene J. Frisch has filed an action under the Fair Credit Reporting Act. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court. 28 U.S.C. § 1914(a). Plaintiff, however, has requested leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915. Having reviewed plaintiff's affidavit of indigence, I am satisfied that he meets the poverty requirements of § 1915. Therefore, his request will be granted.

**THEREFORE, IT IS ORDERED** that plaintiff's request to proceed in forma pauperis is **GRANTED**.

**IT IS ADDITIONALLY ORDERED**, pursuant to Fed. R. Civ. P. 4(c)(3), that the U.S. Marshals Service shall serve a copy of the complaint, a waiver of service form and/or the summons, and this order upon the defendant. Plaintiff is advised that Congress requires the U.S. Marshal's Service to charge for making or attempting such service. 28 U.S.C. § 1921(b). The current fee for waiver-of-service packages is $8 per item. 28 C.F.R. §§ 0.114(a)(2). Although Congress requires the court to order service by the U.S. Marshals Service precisely because in forma pauperis plaintiffs are indigent, it has not

made any provision for these fees to be waived either by the court or by the U.S. Marshals Service.

Plaintiff, however, should provide defendant or its counsel with copies of all future motions or papers he files in this action.

Dated at Milwaukee, Wisconsin this 2nd day of April, 2012.

s/_____
LYNN ADELMAN
District Judge